ACCEPTED
01-15-00794-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/4/2015 11:24:36 AM
CHRISTOPHER PRINE
CLERK

**In The**

# Court of Appeals

**For The**

# First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/4/2015 11:24:36 AM

CHRISTOPHER A. PRINE
Clerk

## NO. 01–15–00794–CV

## PENNY GALLIS, Appellant

## V.

## GEORGE PAPDOGIANNIS, Appellee

### On Appeal from the 245th Court
### Harris County, Texas
### Trial Court Cause No. 2011-30520

## APPOINTMENT AND FEE REPORT—MEDIATION

The Court referred this cause to mediation.  W. Leslie Shireman was appointed mediator in this appeal based on the agreement of the parties.

After the referral to mediation, the cause:

□    settled before the mediation was conducted.

□    settled during mediation.

X    did not settle.

Check one of the following:

1

**X** Based on the agreement of the parties and the mediator, the mediator has been paid a fee as follows:

$375.00 paid by PENNY GALLIS.

$375.00 paid by GEORGE PAPDOGIANNIS.

The parties understand that the Court will tax this fee as a cost of the appeal.

☐ The parties have agreed to another method of payment and understand that the Court will not tax this fee as a cost of appeal.

/s/W. Leslie Shireman
W. Leslie Shireman
Connolly & Shireman, LLP
State Bar No. 24047791
2930 Revere Street, Suite 300
Houston, Texas 77098
713-520-5757 Telephone
713-520-6644 Facsimile
Email wls@conlawfirm.com